| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | **Janice C. Swain** | Social Security number or ITIN  xxx–xx–5960 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| **Debtor 2** (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Alabama** | | |
| Case number:  **17–32464** | | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Janice C. Swain
> aka Janice Cunningham Swain

Dated September 14, 2021

*/s/ William R. Sawyer*
William R. Sawyer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

| | | |
|---|---|---|
| Form 3180W | **Chapter 13 Discharge** | page 1 |

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:  Case No. 17-32464-WRS
Janice C. Swain  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2      User: admin      Page 1 of 3
Date Rcvd: Sep 14, 2021      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Janice C. Swain, 6505 W. Cypress Court, Montgomery, AL 36117-4461 |
| aty | + | Michael Brock, Brock & Stout, LLC, P.O. Drawer 311167, Enterprise, AL 36331-1167 |
| 4526921 | | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 3833187 | + | Credit Bureau Coll Dept, P.O. Box 230609, Montgomery, AL 36123-0609 |
| 3833188 | + | Direc Management, Inc., 4320 Downtowner Loop S Ste A, Mobile, AL 36609-5447 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: trustees_office@ch13mdal.com | Sep 14 2021 20:27:00 | Sabrina L. McKinney, P.O. Box 173, Montgomery, AL 36101-0173 |
| cr | | Email/Text: rgriffith@servsol.com | Sep 14 2021 20:27:00 | Alabama Housing Finance Authority, P.O. Box 242928, Montgomery, AL 36124-2928 |
| cr | + | EDI: PRA.COM | Sep 15 2021 00:23:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 3833181 | + | EDI: AMSHER.COM | Sep 15 2021 00:23:00 | Amsher Collection Services Inc, Attn: Bankruptcy, 4524 Southlake Pkwy Ste 15, Birmingham, AL 35244-3271 |
| 3833182 | + | EDI: TSYS2.COM | Sep 15 2021 00:23:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 3833183 | + | EDI: RMSC.COM | Sep 15 2021 00:23:00 | Belk Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 3833184 | | EDI: WFNNB.COM | Sep 15 2021 00:23:00 | Burkes Outlet, P.O. Box 182789, Columbus, OH 43218-2789 |
| 3833185 | | EDI: CAPITALONE.COM | Sep 15 2021 00:23:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 3833186 | | EDI: RMSC.COM | Sep 15 2021 00:23:00 | Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 3833189 | | EDI: IRS.COM | Sep 15 2021 00:23:00 | Internal Revenue Service-Middle District, PO Box 7346, Philadelphia, PA 19101-7346 |
| 3833190 | | EDI: RMSC.COM | Sep 15 2021 00:23:00 | JC Penney's, P.O. Box 965007, Orlando, FL 32896-5007 |
| 3833197 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Sep 14 2021 20:26:00 | State Farm Bank, 310 Price Place, Madison, WI 53705 |
| 3842401 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Sep 14 2021 20:26:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 3911135 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 20:40:37 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3833191 | + | EDI: LENDNGCLUB | Sep 15 2021 00:23:00 | Lending Club Corp, 21 Stevenson St Ste 300, San Francisco, CA 94105-2706 |
| 3833192 | | EDI: RMSC.COM | Sep 15 2021 00:23:00 | Lowe's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 3911014 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2021 20:24:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 3833193 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2021 20:24:55 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 3861672 | | EDI: AGFINANCE.COM | Sep 15 2021 00:23:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 3833194 | | EDI: AGFINANCE.COM | Sep 15 2021 00:23:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 3960536 | | EDI: PRA.COM | Sep 15 2021 00:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 3878550 | | EDI: PRA.COM | Sep 15 2021 00:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 3913707 | | EDI: Q3G.COM | Sep 15 2021 00:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 3833195 | | Email/Text: bankruptcy@regionalmanagement.com | Sep 14 2021 20:26:00 | Regional Finance #814, 6144 Atlanta Highway, Montgomery, AL 36117-2800 |
| 3833196 | + | Email/Text: rgriffith@servsol.com | Sep 14 2021 20:27:00 | ServiSolutions, 7460 Halcyon Pointe Drive, Suite 200, Montgomery, AL 36117-8105 |
| 3833198 | | Email/Text: Stacey.VanAlst@usdoj.gov | Sep 14 2021 20:26:00 | US Attorney's Office - Middle District, PO Box 197, Montgomery, AL 36101-0197 |
| 3833199 | | EDI: RMSC.COM | Sep 15 2021 00:23:00 | Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 3848817 | | REGIONAL MANAGEMENT COPORATION, 979 BATESVILLE RD, SUITE B, GREER SC 296 |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 3878551 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Michael Brock | on behalf of Debtor Janice C. Swain bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 3