# Chapter 13 Trustee
UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

SABRINA L. MCKINNEY
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

Rec'd 3/15/22

March 09, 2022

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3439464 for $11,004.90 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| AHMED DHIA BAKR<br>MERLENE JONES BAKR<br>16-10627-BPC | CITIFINANCIAL AUTO CORP<br>1155 ELM ST STE 710<br>MANCHESTER, NH, 03101 | $3.10 |
| ANTONIO PALMER<br>16-31464-WRS | GENERAL FINANCIAL INC<br>901 N MARKET ST STE 463<br>WILMINGTON, DE, 19801 | $378.43 |
| BARBARA MCNAIR HELMS<br>16-31885-WRS | BRIGHT HOUSE NETWORKS<br>P O BOX 31710<br>TAMPA, FL, 33631 | $225.48 |
| ERNEST CUNNINGHAM<br>16-31995-WRS | ERNEST CUNNINGHAM<br>109 PARK LANE<br>MONTGOMERY, AL, 36117 | $41.54 |
| LISA BUSH<br>16-11518-BPC | LISA BUSH<br>22969 MCKENZIE GRADE ROAD<br>MCKENZIE, AL, 36456 | $17.11 |
| JEFFREY MICHAEL ROBINSON<br>16-32711-WRS | MID AMERICA BANK & TRUST<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD, 57106-3657 | $22.18 |
| SUZANNE HOLENA<br>16-32974-WRS | SUZANNE HOLENA<br>4695 MANTEAO DR<br>CONCORD, NC, 28025 | $576.47 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| AGNIS LOGENS LONG<br>16-33029-WRS | AGNIS LOGENS LONG<br>5142 CATER DR<br>MONTGOMERY, AL, 36108 | $58.29 |
| CHRISTINE M WHEELER<br>16-12160-BPC | BRIGHT HOUSE NETWORKS<br>P O BOX 31710<br>TAMPA, FL, 33631 | $35.59 |
| LARRY L WORRELL<br>LORAE MIXON WORRELL<br>17-10016-BPC | LARRY L WORRELL<br>LORAE MIXON WORRELL<br>276 MEADOW CREEK DR<br>WEBB, AL, 36376 | $22.58 |
| DONNA SMITH JONES<br>17-80121-BPC | DONNA SMITH JONES<br>427 COOSA CO RD 77<br>GOODWATER, AL, 35072 | $36.51 |
| DEREK A GARRITY<br>17-30266-WRS | DEREK A GARRITY<br>13335 HOLTVILLE RD<br>DEATSVILLE, AL, 36022 | $355.18 |
| JEFFREY ALLEN MERRITT<br>17-10361-BPC | JEFFREY ALLEN MERRITT<br>6370 COTTONWOOD RD<br>DOTHAN, AL, 36301 | $72.30 |
| DEXTER G CURRINGTON<br>17-10875-BPC | DEXTER G CURRINGTON<br>134 MILDRED ST<br>OZARK, AL, 36360 | $33.46 |
| RONALD MCARTHUR THOMAS<br>SHERRIE JEAN THOMAS<br>17-80572-BPC | RONALD MCARTHUR THOMAS<br>SHERRIE JEAN THOMAS<br>2804 PORTER DR<br>OPELIKA, AL, 36801 | $32.88 |
| MARZINE G MCMILLAN<br>17-10923-BPC | MARZINE G MCMILLAN<br>1105 AGUTHA DR<br>DOTHAN, AL, 36301 | $105.89 |
| MICHAEL SCOTT GERMAN<br>CAYLA LEIGH GERMAN<br>17-11200-BPC | MICHAEL SCOTT GERMAN<br>CAYLA LEIGH GERMAN<br>1449 N CO RD 59<br>OZARK, AL, 36360 | $124.81 |
| DESMOND JAMAL ANDREWS<br>17-32080-WRS | LEGENDS AT TAYLOR LAKES<br>RICHARD G MOXLEY III<br>P O BOX 4953<br>MONTGOMERY, AL, 36103 | $119.92 |
| JANICE C SWAIN<br>17-32464-WRS | JANICE C SWAIN<br>6505 W CYPRESS COURT<br>MONTGOMERY, AL, 36117 | $5,267.31 |
| SHERYL R SMITH<br>17-32703-WRS | SHERYL R SMITH<br>89 BEDGOOD RD<br>RUTLEDGE, AL, 36071 | $23.74 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| PAMELA RENEE MURRY<br>17-33245-BPC | PAMELA RENEE MURRY<br>3056 ALTA RD<br>MONTGOMERY, AL, 36110 | $67.00 |
| VICTORIA ANN WENZEL<br>17-33286-WRS | VICTORIA ANN WENZEL<br>24584 GRINSTEAD DR<br>LOUISVILLE, KY, 40204 | $491.52 |
| GERMAYER WALLACE<br>18-80127-BPC | GERMAYER WALLACE<br>109 LEE RD<br>OPELIKA, AL, 36804 | $60.00 |
| RAY CHARLES BURKS<br>18-10494-BPC | RAY CHARLES BURKS<br>6719 CO RD 33<br>SKIPPERVILLE, AL, 36374 | $4.64 |
| ANISSA YVETTE PARKER<br>18-30928-WRS | ANISSA YVETTE PARKER<br>P O BOX 231566<br>MONTGOMERY, AL, 36123 | $94.84 |
| ALICIA JEAN SMITH<br>18-10881-BPC | ALICIA JEAN SMITH<br>74 MARKET RD<br>NEWTON, AL, 36352 | $1.47 |
| LINDA WELCH NILES<br>18-80745-BPC | NAVIENT SOLUTIONS<br>DEPT OF EDUCATION SERVICING<br>P O BOX 740351<br>ATLANTA, GA, 30374-0351 | $0.54 |
| BRENDA L GRIMSLEY<br>18-11183-BPC | BRENDA L GRIMSLEY<br>P O BOX 231<br>ABBEVILLE, AL, 36310 | $1.92 |
| ANGELA PETTY<br>18-81188-BPC | ANGELA PETTY<br>595 SOUTH RD<br>ALEXANDER CITY, AL, 35010 | $5.14 |
| UWANA ANTHONY TYSON<br>18-32608-WRS | UWANA ANTHONY TYSON<br>1570 CO RD 5<br>UNION SPRINGS, AL, 36089 | $160.00 |
| TASHEKA TILLMAN<br>18-32737-BPC | TASHEKA TILLMAN<br>4300 WOODLEY SQUARE APT 206 A<br>MONTGOMERY, AL, 36116 | $108.00 |
| TIMOTHY R GOSHA<br>18-32826-WRS | TIMOTHY R GOSHA<br>100 ROTARY ST<br>MONTGOMERY, AL, 36110 | $95.40 |
| MARKEYA CHARMAINE EVANS<br>18-32890-WRS | MARKEYA CHARMAINE EVANS<br>2103 VICTORIA PLACE APT. F<br>PRATTVILLE, AL, 36066 | $1.82 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| TIMOTHY MICHAEL ALROTH<br>19-80526-BPC | TIMOTHY MICHAEL ALROTH<br>1320 OWENS RD<br>AUBURN, AL, 36830 | $250.00 |
| JAMES EARL COLLINS<br>LINDA COLLINS<br>19-11319-BPC | SUNTRUST BANK<br>SUPPORT SERVICES - BANKRUPTCY DEPT<br>P O BOX 85092<br>RICHMOND, VA, 23286 | $655.64 |
| SARAH RAMIREZ MATIAS<br>19-12090-BPC | SARAH RAMIREZ MATIAS<br>6 MARNETTE DR<br>DALEVILLE, AL, 36322 | $1,211.20 |
| JEFFREY LEON STRICKLAND<br>GINGER A STRICKLAND<br>20-31259-WRS | JEFFREY LEON STRICKLAND<br>GINGER A STRICKLAND<br>1055 NARROW LANE RD<br>CLANTON, AL, 35045 | $243.00 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Sabrina L. McKinney
Chapter 13 Standing Trustee
SLM/BH